UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
JAN 25 2024
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                     INDICTMENT NO. 6:24-CR-004-REW
                                       18 U.S.C. § 115

RODNEY B. WATSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 29, 2023, in Pulaski County, in the Eastern District of Kentucky,

**RODNEY B. WATSON**

did threaten to assault and murder Carlos Cameron, District Director of Congressman Hal Rogers, with intent to impede, intimidate, and interfere with Carlos Cameron while he was engaged in the performance of his official duties, all in violation of 18 U.S.C. § 115.

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.