Eastern District of Kentucky
F I L E D

JAN 2 5 2024

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL ACTION NO. _6:24-cr-004-REW_

**UNITED STATES OF AMERICA**                    **PLAINTIFF**


V.                    **MOTION OF UNITED STATES**
**FOR ISSUANCE OF ARREST WARRANT**


**RODNEY B. WATSON**                    **DEFENDANT**

\*    \*    \*    \*    \*

The United States moves for the issuance of an arrest warrant for the presence of

the Defendant, **RODNEY B. WATSON**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: _____

JT Wells
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky, 40741
(606) 330-4822
John-Thomas.Wells@usdoj.gov