# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:24-CR-4-REW**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. **PROPOSED STIPULATIONS** | |
| **RODNEY B. WATSON** | **DEFENDANT** |

\* \* \* \* \*

Pursuant to this Court's Standing Pretrial and Trial Management Order [DE 10], the United States and Defendant Rodney B. Watson, through their respective attorneys, hereby agree and stipulate to the following fact:

1. That Pulaski County is in the Eastern Judicial District of Kentucky.

This Stipulation is agreed to only so as to expedite the trial and prevent any inconvenience to the witnesses.

It is further stipulated and agreed that this Stipulation may be read to the jury in its entirety and introduced into evidence as an exhibit, and that the facts herein stipulated are to have the same status, dignity, and effect as the uncontradicted testimony of credible witnesses, and may be considered by the jury in the same manner as if they had been so testified to; and

It is further stipulated and agreed that the representatives of the parties herein may incorporate the facts contained in this stipulation into any opening or closing statements, charts or summaries, and none of the parties shall be barred from introducing other evidence tending to explain the facts stipulated herein or the intent or knowledge of the parties in relation thereto; and further, any party may introduce other evidence which is not inconsistent with the facts stipulated.

In agreement with the above stipulation, the parties to this action have affixed their signatures hereto:

Date: 8/19/24

JT Wells
Assistant United States Attorney

Date: 8/14/24

Rodney B. Watson
Defendant

Date: 8/14/24

Eric S. Edwards
Attorney for Rodney B. Watson