UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No. 6:24-CR-04-REW        At London        Date August 14, 2024

Case Style: United States of America v. Rodney B. Watson

---

PRESENT: HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Michelle Sliter | Kimberley Keene | J.T. Wells |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                        ATTORNEY FOR DEFENDANT:

Rodney B. Watson (Bond)                           Eric Edwards (CJA)

PROCEEINGS: PRETRIAL CONFERENCE – Non-Evidentiary

Prior to jury selection, the Court conducted a brief pretrial conference. The Court discussed several topics, including potential voir dire questions, jury instructions, Government witness presentation, defense witness presentation (if any), the agreed stipulation, questioning the defendant about a prior felony conviction, and the statement of the case as the transcript will reflect.

The Court generally revisited and discussed jury pool mechanics and juror numbers.

Copies: COR, USP, USM

Initials of Deputy Clerk     mrs                                               TIC: 0/12

Signed By:
*Robert E. Wier*  REW
**United States District Judge**