# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Southern Division at London

United States of America
V.
Rodney B. Watson

**EXHIBIT AND WITNESS LIST**

Case Number: 6:24-CR-04-REW

| PRESIDING JUDGE Robert E. Wier | PLAINTIFFS' ATTORNEY J.T. Wells and Jason Parman | DEFENDANT'S ATTORNEY Eric Edwards |
|---|---|---|
| JURY TRIAL: 8/14/24 and 8/15/24 | Court Reporter Kimberley Keene | Courtroom Deputy Michelle Sliter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1W | | 8/14/24 | | | Lyndsey Spillman |
| 2W | | 8/14/24 | | | Stacey Matthews |
| 3W | | 8/14/24 | | | Melinda Danielle Smoot |
| 4W | | 8/14/24 | | | Carlos Cameron |
| | | | | | Agreed Stipulation (DE 30) – per the parties' agreement this stipulation will be provided to the jury for reference during deliberation. |
| | 1W | 8/14/24 | | | Rodney B. Watson |

Eastern District of Kentucky
FILED
AUG 15 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages